UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GREGORY S. SIMPSON & ASSOC PC,**

  Plaintiff,

v.                        No. 4:23-cv-00977-P

**TWIN CITY FIRE INSURANCE COMPANY, ET AL.,**

  Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order (ECF No. 14) entered on February 8, 2024, it is **ORDERED** that this case is **DISMISSED with prejudice.**

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **8th day of February 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE